AUGUST 4, 1992

No. 91–1700. CHECKETT, TRUSTEE IN BANKRUPTCY *v.* VICKERS ET UX. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.